# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL MATTHEWS, et al., <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>THE STATE OF OKLAHOMA, ex rel, THE OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al, <br><br>　　　　Defendants. | Case No. 15-CV-676-TCK-FHM |

## OPINION AND ORDER

Defendant Carol Schraad-Dahn's Motion for Leave to Depose a Party Confined in Prison, [Dkt. 99], is before the court for decision. Except for Defendants Jerry and Deidre Matthews, no party objects to the motion. The time has passed for filing an objection and no objections have been filed by Defendants Jerry and Deidre Matthews. The undersigned finds therefore that the motion should be and is hereby GRANTED.

The deposition of Defendant Deidre Matthews is hereby authorized to take place at the Hillside Community Correctional Center, 3300 N. Martin Luther King Ave., Oklahoma City, Oklahoma, beginning at 9:30 am on Tuesday January 29, 2019 and continuing until completed in accordance with the applicable Federal Rules of Civil Procedure and the local rules of this Court.

SO ORDERED this 14th day of January, 2019.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE