# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL MATTHEWS, an individual, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 15-CV-676-TCK-FHM<br>) |
| KILA BERGDORF, et al., | )<br>) |
| Defendants. | ) |

## OPINION AND ORDER

Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents*, [Dkt. 107], and *Plaintiff's Request for Entry of Order*, [Dkt. 110], are before the court for decision. No response has been filed to Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents*, [Dkt. 107], and the time to respond has passed.

Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents*, [Dkt. 107], and *Plaintiff's Request for Entry of Order*, [Dkt. 110], are GRANTED.

Defendant Deidre Matthews is hereby ordered to respond to Plaintiff's discovery requests by May 28, 2019. Defendant Deidre Matthews is advised that failure to comply with this Order may result in sanctions including the entry of judgment against her.[1]

SO ORDERED this 21st day of May, 2019.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] It is alleged in the motion that counsel for Defendant Deidre Matthews has not responded to communications from Plaintiff's attorney. If this is true, continued failure to communicate may result in sanctions against counsel.